IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 8:17CR224 |
| vs. | |
| ROBERT COKES, | ORDER |
| Defendant. | |

This matter is before the Court on Defendant's Motion for Review of Detention (Filing No. 36). In reviewing the motion, it appears that the filing does not set forth conditions that would satisfy the Court's concerns as to flight and danger. Additionally, the Court finds that Pretrial Services opposes the defendant's release. Upon consideration,

**IT IS ORDERED:**

1. Defendant's Motion for Review of Detention (Filing No. 36) is denied without hearing.

2. Additionally, all future motions for reconsideration of detention shall contain a statement as to the respective positions of Probation and Pretrial Services and the Government.

Dated this 1st day of August, 2017.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge