IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 8:17CR224 |
| vs. | |
| ROBERT COKES, | ORDER |
| Defendant. | |

This matter comes before the Court on Defendant's Amended Motion for Review of Detention (Filing 38). Because the proposed release plan does not satisfactorily address the Court's concerns as to risk of flight or danger to the community, the motion will be denied, without prejudice. Accordingly,

**IT IS ORDERED:**

1. Defendant's Amended Motion for Review of Detention [38] is denied without prejudice to the refiling of a motion that sets out an appropriate release plan in accordance with the recommendations of a substance abuse evaluation.

2. Future motions for reconsideration of detention shall be filed as restricted with an attached substance abuse evaluation and a letter of acceptance from the proposed treatment program accompanied by a statement of the program's requirements.

3. Additionally, all motions for reconsideration of detention shall contain a statement as to the respective positions of Probation and Pretrial Services and the Government.

Dated this 9th day of August, 2017.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge